IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GAP CREEK COMMUNITY**  **PLAINTIFF**
**ASSOCIATION, INC**

v.                    CASE NO. 4:20-CV-00880-BSM

**CHEMPRO SERVICES, INC**                    **DEFENDANT**

## ORDER

Pursuant to the parties' stipulation of dismissal [Doc. No. 15], this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE