IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GAP CREEK COMMUNITY**                          **PLAINTIFF**
**ASSOCIATION, INC**

**v.**                      **CASE NO. 4:20-CV-00880-BSM**

**CHEMPRO SERVICES, INC**                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of November, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE